# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**354**
**CA 15-01153**
PRESENT: SMITH, J.P., DEJOSEPH, NEMOYER, TROUTMAN, AND SCUDDER, JJ.

NICHOLAS L. VASSENELLI, PLAINTIFF-APPELLANT,

V                                                              MEMORANDUM AND ORDER

CITY OF SYRACUSE, ET AL., DEFENDANTS,
AND SHARON ERIKSSON, DEFENDANT-RESPONDENT.
(APPEAL NO. 4.)

BOSMAN LAW FIRM, LLC, CANASTOTA (A.J. BOSMAN OF COUNSEL), FOR
PLAINTIFF-APPELLANT.

LAW OFFICES OF BRADY & CARAFA, SYRACUSE (THOMAS P. CARAFA OF COUNSEL),
FOR DEFENDANT-RESPONDENT.

---------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Onondaga County (Hugh A. Gilbert, J.), entered March 4, 2015. The order granted the motion of defendant Sharon Eriksson to dismiss the amended complaint against her.

It is hereby ORDERED that the order so appealed from is unanimously modified on the law by denying the motion in part and reinstating the third and fourth causes of action against defendant Sharon Eriksson, and as modified the order is affirmed without costs.

Same memorandum as in *Vassenelli v City of Syracuse* ([appeal No. 1] ___ AD3d ___ [Apr. 29, 2016]).

Entered:  April 29, 2016                          Frances E. Cafarell
                                                  Clerk of the Court